CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 0 2 2007

JOHN F. CORCORAN, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TERRANCE HENDERSON, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>COMMONWEALTH OF )<br>VIRGINIA, et al., )<br>    Defendants. ) | Civil Action No. 7:07cv00266<br><br>**ORDER**<br><br>By: Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED and ADJUDGED**

that plaintiff's request for injunctive relief shall be and hereby is **DENIED**.

The Clerk is directed to send copies of this order and accompanying memorandum opinion to plaintiff and to all counsel of record for the defendants.

ENTER: This 2d day of ~~October~~ November, 2007.

/s/ Glen E. Conrad
United States District Judge