CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 2 6 2007

JOHN F. CORCORAN, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TERRANCE HENDERSON, | ) | |
| Plaintiff, | ) | Civil Action No. 7:07cv00266 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| COMMONWEALTH OF | ) | By: Hon. Glen E. Conrad |
| VIRGINIA, et al., | ) | United States District Judge |
| Defendants. | ) | |

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED and ADJUDGED**

that plaintiff's request for injunctive relief shall be and hereby is **DENIED**.

The Clerk is directed to send copies of this order and accompanying memorandum opinion to plaintiff and to all counsel of record for the defendants.

ENTER: This 26th day of December, 2007.

_____
United States District Judge